# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY ANNE RANGER,<br><br>　　　　Defendant. | Case No. 22-cv-08901-BLF<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>[Re: ECF 16] |

On February 8, 2023, this Court remanded the above-captioned action to the Santa Clara County Superior Court pursuant to 28 U.S.C. § 1447(c).  *See* Order Granting Plaintiff's Motion to Remand, ECF 14.  Ranger requests leave to file a motion for reconsideration of the remand order.  *See* Req. for Leave, ECF 16.

"[I]*f the remand order is based on section 1447(c)*, a district court has no power to correct or vacate it."  *Acad. of Country Music v. Cont'l Cas. Co.*, 991 F.3d 1059, 1064 (9th Cir. 2021) (internal quotation marks and citation omitted, italics in original).  Any review of the remand order, even by the court that issued it, is precluded by 28 U.S.C. § 1447(d).  *See* 28 U.S.C. § 1447(d) ("An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise. . . ."); *Acad. of Country Music*, 991 F.3d at 1064 ("[I]f a remand order is based on § 1447(c), then § 1447(d) precludes review by any federal court.").

Because this Court lacks the power to reconsider its remand order, Ranger's request for leave to file a motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated: February 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge